1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

08 MAR 26 PM 3:19

BY: ECL      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 0893    JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| ARNULFO MACIAS-GARCIA (1), MANUEL DE JESUS TAPETILLO-RAMIREZ (2), | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Arnulfo Macias-Garcia, et al., Criminal Case No. 08CR0426-JLS.

DATED: March 26, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Caroline P. Han

CAROLINE P. HAN
Assistant U.S. Attorney