```
KAREN P. HEWITT
United States Attorney
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
California State Bar No. 201352
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-7425
email: christopher.m.alexander@usdoj.gov
Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>MANUEL DE JESUS TAPETILLO-  )<br>          RAMIREZ,  )<br>  )<br>          Defendant.  )<br>_____ ) | Criminal Case No. 08CR0893-JLS<br><br>JOINT MOTION TO CONTINUE HEARINGS<br><br>DATE:    May 30, 2008<br>TIME:    1:30 P.M. |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and defendant, MANUEL DE JESUS TAPETILLO-RAMIREZ, through his counsel, Russell Babcock, hereby jointly move this court to continue the Motions and Motions In Limine hearing to July 25, 2008 at 2:00 p.m. and the Jury trial to be continued from June 9, 2008 to August 11, 2008 at 9:00 a.m.

Dated: June 3, 2008.

                      s/Russell Babcock
                      RUSSELL BABCOCK
                      Attorney for Defendant,
                      MANUEL DE JESUS TAPETILLO-RAMIREZ

Dated: June 3, 2008

                      s/Christopher M. Alexander
                      CHRISTOPHER M. ALEXANDER
                      Attorney for Plaintiff
                      UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>            Plaintiff,                    )<br>                                                    )<br>v.                                               )<br>                                                    )<br>MANUEL DE JESUS                 )<br>       TAPETILLO-RAMIREZ,    )<br>                                                    )<br>            Defendant.                 )<br>_____) | Criminal Case No.  08cr0893-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Christopher M. Alexander, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California.  My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1.    Russell Babcock

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case.  N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

                                                                    s/Christopher M. Alexander
                                                                    CHRISTOPHER M. ALEXANDER