UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0893-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING HEARING |
| MANUEL DE JESUS | ) | AND TRIAL |
| TAPETILLO-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Motions and Motions In Limine hearing be continued to July 25, 2008 at 2:00 p.m. and the Jury trial be continued from June 9, 2008 to August 11, 2008 at 9:00 a.m.

DATED:  June 4, 2008

_____
Honorable Janis L. Sammartino
United States District Judge