1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER M. ALEXANDER
   Assistant United States Attorney
3  California State Bar No. 201352
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7425
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Case No. 08cr0893-JLS
                                    )
11              Plaintiff,          )
                                    )   **STIPULATION AND JOINT MOTION**
12       v.                         )   **FOR RELEASE OF MATERIAL**
                                    )   **WITNESS AND ORDER THEREON**
13 ARNULFO MACIAS-GARCIA (1),       )
   MANUEL DE JESUS                  )
14      TAPETILLO-RAMIREZ (2),      )
                                    )
15              Defendants.         )

16 ─────────────────────────────────

17
         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES
18
   OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and
19
   Christopher M. Alexander, Assistant United States Attorney, and defendant MANUEL DE JESUS
20
   TAPETILLO-RAMIREZ, by and through and with the advice and consent of defense counsel,
21
   Russell Babcock, Esq., that:
22
         1.     Defendant agrees to enter into this stipulation and to participate in a full and complete
23
   inquiry by the Court into whether Defendant knowingly, intelligently, and voluntarily entered into
24
   it. Defendant agrees to plead guilty to Count 2 of the Indictment charging Defendant with a non-
25
   mandatory minimum count of Transporting an Illegal Alien in the United States, in violation of 8
26
   U.S.C. § 1324(a)(1)(A)(ii) and (v)(II).
27
         2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to
28
   provide the signed, original plea agreement to the United States not later than noon on August 18,

(*) All M/W's released on 2/19/08. No Abstract Orders Needed.

1  2008.

2      3.    Defendant agrees to plead guilty to Count 2 pursuant to the plea agreement on or
3  before 5:00 p.m. on August 25, 2008.

4      4.    Material Witnesses Roberto Hernandez-Ochoa, Carlos Alberto Alvarez-Zuniga, and
5  Martin Bernardino Sanchez-Rojas:

6          a.    Are aliens with no lawful right to enter or remain in the United States;

7          b.    Entered or attempted to enter the United States illegally on February 3, 2008;

8          c.    Were found in a vehicle in which Defendant was a passenger aiding the
9  driver and that Defendant knew or acted in reckless disregard of the fact that
10  the individuals were aliens with no lawful right to enter or remain in the
11  United States;

12          d.    The aliens were paying money to Defendant's employers to be brought into
13  the United States illegally and transported illegally to their destination
14  therein; and,

15          e.    May be released and remanded immediately to the Department of Homeland
16  Security for return to their country of origin.

17      5.    After the material witnesses are ordered released by the Court pursuant to this motion,
18  if Defendant does not plead guilty to the charge set forth above, Defendant agrees that in any
19  proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral
20  attack, that:

21          a.    The stipulated facts set forth in paragraph 4 above shall be admitted as
22  substantive evidence;

23          b.    The United States may elicit hearsay testimony from arresting agents
24  regarding any statements made by the material witnesses provided in
25  discovery, and such testimony shall be admitted as substantive evidence
26  under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable
27  witnesses; and,

28          c.    Understanding that under <u>Crawford v. Washington</u>, 541 U.S. 36 (2004),

Stipulation and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Tapetillo-Ramirez    2    08CR0893-JLS

1  "testimonial" hearsay statements are not admissible against a defendant
2  unless defendant confronted and cross-examined the witness who made the
3  "testimonial" hearsay statements, defendant waives the right to confront and
4  cross-examine the material witnesses in this case.

5  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
6  immediate release and remand of the above-named material witnesses to the Department of
7  Homeland Security for return to their country of origin.

8  It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 8-26-2008

CHRISTOPHER M. ALEXANDER
Assistant United States Attorney

Dated: 8/26/08

RUSSELL BABCOCK
Defense Counsel for
MANUEL DE JESUS TAPETILLO-RAMIREZ

Dated: X 8/26/08

MANUEL DE JESUS TAPETILLO-RAMIREZ
Defendant

---

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

SO ORDERED.

Dated: 8/26/08

United States Magistrate Judge